IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-05273 |
| | ) |
| TERRA HOSPITALITY - GIANT II, LLC, | ) Honorable Matthew F. Kennelly |
| d/b/a Courtyard by Marriott Chicago | ) |
| St. Charles, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the

Defendant, TERRA HOSPITALITY - GIANT II, LLC, d/b/a Courtyard by Marriott Chicago St.

Charles, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice,

each party to bear their own costs, including attorneys' fees, as all matters in controversy have

been fully resolved.


HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
Marshall@mjburtlaw.com

TERRA HOSPITALITY - GIANT II, LLC,
d/b/a Courtyard by Marriott Chicago St.
Charles

By: /s/ *Elinor H. Murarova*
Duane Morris, LLP
190 S. LaSalle St., Ste 3700
Chicago, IL 60603
312-499-6734
EHart@duanemorris.com